ADAM GORDON
United States Attorney
P. KEVIN MOKHTARI
Assistant U.S. Attorney
California Bar No. 253283
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8402/7981
Kevin.Mokhtari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR2242-DMS |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG §3E1.1(b)** |
| AUGUSTO JEAN CARLO CASTILLO-HERNANDEZ, | |
| aka "Metal," | Date: July 18, 2025 |
| aka "Joker," | Time: 9:00 a.m. |
| Defendant. | |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and P. Kevin Mokhtari, Assistant United States Attorney, hereby files the attached UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG §3E1.1(b) regarding the above-referenced matter.

DATED:  July 16, 2025

Respectfully submitted,
ADAM GORDON
United States Attorney

*s/P. Kevin Mokhtari*
P. KEVIN MOKHTARI
Assistant U.S. Attorneys

**SENTENCING SUMMARY CHART
AND MOTION UNDER USSG §3E1.1(b)
Sentencing Date: July 18, 2025**

USPO    [☐]
AUSA    [☒]
DEF     [☐]

Defendant's Name: Augusto Jean Carlo Castillo-Hernandez Docket No.:20CR2242-DMS
Defendant's Citizenship: Guatemala                    Phone No.: (619)546-8402
Attorney's Name: Mokhtari                    Agree with USPO Calc.: No

Guideline Manual Used: November 1, 2024

Base Offense Level(s): [USSG §2D1.1; 2,000 kilograms of cocaine]          38

Specific Offense Characteristics:

Safety Valve [USSG § 2D1.1(b)(18)]                                          0

Victim Related Adjustment:                                            _____

Adjustment for Role in the Offense                                        +3

Adjustment for Obstruction of Justice:                               _____

Adjustment for Reckless Endangerment During Flight:                  _____

Adjusted Offense Level:                                                   41

☐  Combined (Mult. Counts) ☐  Career Off.  ☐Armed Career Crim.

Adjustment for Acceptance of Responsibility [[X] USSG § 3E1.1(b)]         -3

Adjustment for Zero-Point Offender:                                  _____

Total Offense Level:                                                      38

Supervised Release Range (based on Total Offense Level): 5 to 5 years

Fine Range (based on Total Offense Level): $50,000 to $10,000,000

Criminal History Score:                                                    0

Criminal History Category:                                                 I

        ☐  Career Offender    ☐  Armed Career Criminal

Guideline Range:                                              from 235 mos
(Range limited by: __minimum mand.__statutory maximum)         to 293 mos

Departures:

Expeditious Resolution/Full Appellate Waiver USSG § 5K2.0                 -2

Resulting Guideline Range: Adjusted Offense Level: ___36___      from 188 mos
                                                                 to 235 mos

**Gov't Rec:** 188 months' custody*, 5 yr S/R, no fine, $100 S/A


* The United States has considered the §3553(a) factors and does not recommend
an upward or downward variance.